```
BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 01:01CR5138 OWW |
| Plaintiff, ) | MOTION AND ORDER TO WITHDRAW THE REQUEST FOR DISMISSAL OF COMPLAINT |
| v. ) | |
| MUSTASIM ALRAWASHDEH, ) | |
| Defendant. ) | |

Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff United States of America, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and MARK E. CULLERS, Assistant United States Attorney, hereby seek to vacate and withdraw the motion and order to dismiss the complaint, filed on April 4, 2012, as to the above-named defendant. The defendant is a fugitive on a supervised release violation. The request was filed in error. The arrest warrant issued shall remain active.

DATED: April 5, 2012                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                   By:  /s/ Mark E. Cullers
                                        MARK E. CULLERS
                                        Assistant U.S. Attorney

1

## **ORDER**

**IT IS HEREBY ORDERED** that the request to dismiss the complaint filed on April 4, 2012, be vacated and withdrawn as it was filed in error. The arrest warrant issued shall remain active.

IT IS SO ORDERED.

Dated:     April 5, 2012                                  /s/ signature
                                   CHIEF UNITED STATES DISTRICT JUDGE

2