PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                    v.<br><br>MUTASIM ALRAWASHDEH,<br><br>                          Defendant. | CASE NO.  1:01-CR-05138-LJO<br><br>MOTION TO DISMISS INDICTMENT |

        Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States moves for an order dismissing the indictment in this case.  The defendant, or someone on his behalf, submitted payment of the full outstanding principal amount that was owed to the United States as part of the criminal judgment.  The interests of justice, at this time, would best be served by having the court dismiss the indictment and recalling the related arrest warrant for the defendant.


Dated:  February 27, 2017                              PHILLIP A. TALBERT
                                                       United States Attorney


                                               By:   /s/ DAVID L. GAPPA
                                                     DAVID L. GAPPA
                                                     Assistant United States Attorney

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:01-CR-05138-LJO |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER ON MOTION TO DISMISS |
| | ) | INDICTMENT |
| Mutasim Alrawashdeh, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States has moved for an order dismissing the indictment in the above-captioned action against the defendant.

It is hereby ORDERED that the indictment is dismissed, and the related arrest warrant is recalled.

IT IS SO ORDERED.

Dated:   **February 28, 2017**            **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE